[No. 51622-1-I. Division One. December 29, 2003.]

DON R. WRIGHT, ET AL., *Appellants*, v. KAZUKO O. LANGBEHN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-10475-4, George N. Bowden, J., entered December 6, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51994-8-I. Division One. December 29, 2003.]

*In the Matter of the Estate of* MICHAEL D. GINSBERG. MELISSA GINSBERG, *Individually and as Personal Representative, Appellant*, v. CARL GULLEDGE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-4-05243-5, James A. Doerty, J., entered February 12, 2003. *Reversed* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Ellington, J.

[Nos. 52641-3-I; 49162-8-I. Division One. December 29, 2003.]

RONALD R. BINGHAM, *as Administrator, Respondent*, v. TIMOTHY A. LECHNER, *as Trustee, Defendant*, CHRISTOPHER DEMOPOLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-26423-2, Suzanne M. Barnett, J., entered July 24 and September 24, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 52771-1-I. Division One. December 29, 2003.]

THE NARROWS HOMEOWNERS ASSOCIATION, *Respondent*, v. NORMAN J. SZUKALA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-10829-3, Kitty-Ann van Doorninck, J., entered January 10, 2003. *Affirmed* by unpublished per curiam opinion.